```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-00692-HWV
Ronald Lynn Morrison                                                      Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: DDunbar               Page 1 of 2               Date Rcvd: Feb 20, 2019
                                Form ID: 309I               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
```
db            +Ronald Lynn Morrison,    1716 N third Street,    Harrisburg, PA 17102-1817
5163944        BROOKS BROTHERS,    PO BOX 6403,    SIOUX FALLS, SD 57117-6403
5163951       +DIANE L MORRISON,    4161 SPRING VALLEY ROAD,    HARRISBURG, PA 17109-5022
5163954        GOODYEAR/CBNA,    PO BOX 6403,    SIOUX FALLS, SD 57117-6403
5163955       +HUD HEADQUARTERS,    BANKRUPTCY NOTICES,    451 7TH STREET SW,    WASHINGTON, DC 20410-0001
5163961       +PAYPAL CREDIT,    BANKRUPTCY NOTICES,    PO BOX 5138,    TIMONIUM, MD 21094-5138
5163962       +PENNYMAC LOAN SERVICES LLC,    6101 CONDOR DRIVE, STE 310,    MOORPARK, CA 93021-2602
5163965       +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5163966       +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: karagendronecf@gmail.com Feb 20 2019 19:35:01      Kara Katherine Gendron,
                Mott & Gendron Law,    125 State Street,    Harrisburg, PA  17101
tr            +E-mail/Text: dehartstaff@pamd13trustee.com Feb 20 2019 19:36:42
                Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 20 2019 19:36:13      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5163943       +EDI: AMEREXPR.COM Feb 21 2019 00:03:00      AMERICAN EXPRESS BANK,    PO BOX 981535,
                EL PASO TX 79998-1535
5163945        EDI: WFNNB.COM Feb 21 2019 00:03:00      CB/BON,    BK NOTICES,    PO BOX 182125,
                COLUMBUS, OH 43218-2125
5163946        EDI: WFNNB.COM Feb 21 2019 00:03:00      CB/PIER1,    BK NOTICES,    PO BOX 182125,
                COLUMBUS, OH 43218-2125
5163947       +EDI: WFNNB.COM Feb 21 2019 00:03:00      CB/PTRYBRN,    PO BOX 182789,    COLUMBUS, OH 43218-2789
5163948       +E-mail/Text: dehartstaff@pamd13trustee.com Feb 20 2019 19:36:42      CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5163949        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2019 19:36:07      COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5163952       +EDI: DISCOVER.COM Feb 21 2019 00:03:00      DISCOVER FINANCIAL SERVICES LLC (p),    PO BOX 15316,
                WILMINGTON, DE 19850-5316
5163953       +EDI: DISCOVERPL Feb 21 2019 00:03:00      DISCOVER PERSONAL LOANS,    PO BOX 30954,
                SALT LAKE CITY, UT 84130-0954
5163950        E-mail/Text: bk@freedomfinancialnetwork.com Feb 20 2019 19:35:11      CONSOLIDATION PLUS,
                4940 S WENDLER DR #210,    TEMPE, AZ 85282
5163956        EDI: IRS.COM Feb 21 2019 00:03:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                PHILADELPHIA, PA 19101-7346
5163957       +EDI: CBSKOHLS.COM Feb 21 2019 00:03:00      KOHLS/CAPONE,    COLLECTION DEPARTMENT,    PO BOX 3084,
                MILWAUKEE, WI 53201-3084
5163957       +E-mail/Text: bncnotices@becket-lee.com Feb 20 2019 19:35:22      KOHLS/CAPONE,
                COLLECTION DEPARTMENT,    PO BOX 3084,    MILWAUKEE, WI 53201-3084
5163958       +EDI: TSYS2.COM Feb 21 2019 00:03:00      MACY'S - BANKRUPTCY PROCESSING,    PO BOX 8053,
                MASON, OH 45040-8053
5163959       +EDI: MERRICKBANK.COM Feb 21 2019 00:03:00      MERRICK BANK COURT NOTICES,    PO BOX 9201,
                OLD BETHPAGE, NY 11804-9001
5163960        E-mail/Text: bnc@nordstrom.com Feb 20 2019 19:35:24      NORDSTROM CARD SERVICES,    PO BOX 6566,
                ENGLEWOOD, CO 80155-6566
5163963       +E-mail/Text: bankruptcynotices@psecu.com Feb 20 2019 19:36:52      PSECU,    PO BOX 67013,
                HARRISBURG, PA 17106-7013
5163964       +EDI: CITICORP.COM Feb 21 2019 00:03:00      THD/CBNA,    PO BOX 6497,
                SIOUX FALLS, SD 57117-6497
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                            Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Kara Katherine Gendron    on behalf of Debtor 1 Ronald Lynn Morrison karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 3
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ronald Lynn Morrison** | | Social Security number or ITIN | **xxx–xx–2783** |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | Date case filed for chapter 13 | **February 19, 2019** |
| Case number: | **1:19–bk–00692–HWV** | | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ronald Lynn Morrison | |
| 2. | **All other names used in the last 8 years** | aka Ronald Morrison | |
| 3. | **Address** | 1716 N third Street<br>Harrisburg, PA 17102 | |
| 4. | **Debtor's attorney**<br>Name and address | Kara Katherine Gendron<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101 | Contact phone 717 232–6650<br>Email: karagendronecf@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717 566–6097<br>Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone (717) 901–2800<br>Date: February 20, 2019 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E–Mail:**   (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 28, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | **Location:**<br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: May 27, 2019** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: April 30, 2019** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: August 18, 2019** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Case 1:19-bk-00692-HWV    Doc 16    Filed 02/22/19    Entered 02/23/19 00:50:39    Desc
Imaged Certificate of Notice    Page 4 of 4