```
                     United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                              Case No. 19-00692-HWV
Ronald Lynn Morrison                                Chapter 13
        Debtor                **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: DDunbar        Page 1 of 1         Date Rcvd: Feb 21, 2019
                            Form ID: pdf010      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
          COMMONWEALTH OF PA,   ATTN: PAYROLL DEPARTMENT,   BCPO SPEC PROC UNIT,   PO BOX 8006,
           HARRISBURG, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                          Signature:  /s/Joseph Speetjens

_____

                        **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Kara Katherine Gendron    on behalf of Debtor 1 Ronald Lynn Morrison karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 3
```

IN RE:                 :    CHAPTER 13
RONALD LYNN MORRISON    :
aka Ronald Morrison        :    CASE NO. 1:19-bk-00692
   Debtor                  :
                              :
                              :

## ORDER TO PAY TRUSTEE

    Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, Ronald Lynn Morrison receives income:

COMMONWEALTH OF PA
ATTN: PAYROLL DEPARTMENT
BCPO SPEC PROC UNIT
PO BOX 8006
HARRISBURG, PA 17105-8006

deduct from said income the sum of $318.00 from each two-week pay check, or $159.00 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel. It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore. It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure. It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated:   February 20, 2019           By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)