```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-00692-HWV
Ronald Lynn Morrison                                                Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar            Page 1 of 2           Date Rcvd: Apr 02, 2019
                              Form ID: ntcnfhrg        Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db             +Ronald Lynn Morrison,    1716 N third Street,    Harrisburg, PA 17102-1817
5163943        +AMERICAN EXPRESS BANK,    PO BOX 981535,    EL PASO TX 79998-1535
5170510         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5163944         BROOKS BROTHERS,    PO BOX 6403,   SIOUX FALLS, SD 57117-6403
5163951        +DIANE L MORRISON,    4161 SPRING VALLEY ROAD,    HARRISBURG, PA 17109-5022
5163954         GOODYEAR/CBNA,    PO BOX 6403,   SIOUX FALLS, SD 57117-6403
5163955        +HUD HEADQUARTERS,    BANKRUPTCY NOTICES,    451 7TH STREET SW,   WASHINGTON, DC 20410-0001
5163958        +MACY'S - BANKRUPTCY PROCESSING,    PO BOX 8053,    MASON, OH 45040-8053
5163961        +PAYPAL CREDIT,    BANKRUPTCY NOTICES,    PO BOX 5138,   TIMONIUM, MD 21094-5138
5163962        +PENNYMAC LOAN SERVICES LLC,    6101 CONDOR DRIVE, STE 310,    MOORPARK, CA 93021-2602
5163964        +THD/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5163965        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5163966        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 19:47:33
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5163945         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 19:40:19     CB/BON,   BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5163946         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 19:40:19     CB/PIER1,   BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5163947        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2019 19:40:19     CB/PTRYBRN,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
5163948        +E-mail/Text: dehartstaff@pamd13trustee.com Apr 02 2019 19:40:38     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5163949         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2019 19:40:25     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
5163952        +E-mail/Text: mrdiscen@discover.com Apr 02 2019 19:40:04     DISCOVER FINANCIAL SERVICES LLC (p),
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
5163953        +E-mail/Text: dplbk@discover.com Apr 02 2019 19:40:35     DISCOVER PERSONAL LOANS,
                 PO BOX 30954,   SALT LAKE CITY, UT 84130-0954
5165505         E-mail/Text: mrdiscen@discover.com Apr 02 2019 19:40:04     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5163950         E-mail/Text: bk@freedomfinancialnetwork.com Apr 02 2019 19:40:02     CONSOLIDATION PLUS,
                 4940 S WENDLER DR #210,   TEMPE, AZ 85282
5163956         E-mail/Text: cio.bncmail@irs.gov Apr 02 2019 19:40:11     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5163957        +E-mail/Text: bncnotices@becket-lee.com Apr 02 2019 19:40:08     KOHLS/CAPONE,
                 COLLECTION DEPARTMENT,    PO BOX 3084,   MILWAUKEE, WI 53201-3084
5171269         E-mail/Text: bkr@cardworks.com Apr 02 2019 19:40:00     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5163959        +E-mail/Text: bkr@cardworks.com Apr 02 2019 19:40:00     MERRICK BANK COURT NOTICES,
                 PO BOX 9201,   OLD BETHPAGE, NY 11804-9001
5163960         E-mail/Text: bnc@nordstrom.com Apr 02 2019 19:40:09     NORDSTROM CARD SERVICES,   PO BOX 6566,
                 ENGLEWOOD, CO 80155-6566
5163963        +E-mail/Text: bankruptcynotices@psecu.com Apr 02 2019 19:40:40     PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5164326        +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 19:47:32     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James   Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor 1 Ronald Lynn Morrison karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                                             TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Ronald Lynn Morrison, aka Ronald Morrison, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 1:19–bk–00692–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 1, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 8, 2019 <br> Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DDunbar, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 2, 2019 |

ntcnfhrg (03/18)