```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 19-00692-HWV
Ronald Lynn Morrison                                              Chapter 13
         Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DaneishaD          Page 1 of 1          Date Rcvd: Nov 20, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5263687        +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 19:40:48      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James    Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Ronald Lynn Morrison karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-00692-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Ronald Lynn Morrison
1716 N third Street
Harrisburg PA 17102

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 16: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541

Name and Address of Transferee:

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587
LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/22/19

Terrence S. Miller
**CLERK OF THE COURT**