Certificate Number: 11760-PAM-DE-033951246

Bankruptcy Case Number: 19-00692


11760-PAM-DE-033951246

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 14, 2020</u>, at <u>11:42</u> o'clock <u>AM PST</u>, <u>Ronald Morrison</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 14, 2020</u>   By: <u>/s/Jennifer L Walter</u>

Name: <u>Jennifer L Walter</u>

Title: <u>Teacher</u>