IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RONALD LYNN MORRISON | : | |
| aka Ronald Morrison | : | CASE NO. 1:19-bk-00692 |
|   Debtor | : | |
| | : | |
| | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

   Comes now the Debtor, Ronald Lynn Morrison, by and through the Dorothy L.Mott Law Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

  1. The Debtor filed a Chapter 13 Petition on February 19, 2019

  2. The Debtor has completed all payments due under the plan and wishes to terminate the wage attachment.

   Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                                Respectfully submitted,
                                /s/ Dorothy L. Mott

                                Dorothy L. Mott, Esquire, Atty ID 43568
                                Kara K. Gendron, Esquire, Atty ID 87577
                                Mott & Gendron Law
                                125 State Street
                                Harrisburg, PA 17101
                                Tel  (717)232-6650
                                Fax (717) 232-0477

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RONALD LYNN MORRISON | : | |
| aka Ronald Morrison | : | CASE NO. 1:19-bk-00692 |
|   Debtor | : | |
| | : | |
| | : | |

**ORDER**

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **RONALD LYNN MORRISON** | : | |
| aka Ronald Morrison | : | **CASE NO. 1:19-bk-00692** |
| | : | |
| | : | |
| **Debtor** | : | |

## CERTIFICATE OF SERVICE

I certify that on October 11, 2023 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036 | Electronically |
| COMMONWEALTH OF PA<br>ATTN: PAYROLL DEPARTMENT<br>BCPO SPEC PROC UNIT<br>PO BOX 8006<br>HARRISBURG, PA 17105-8006 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

_____
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel: (717)232-6650
Fax: (717) 232-0477