United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ronald Lynn Morrison  
    Debtor

Case No. 19-00692-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 19, 2023      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Lynn Morrison, 1716 N third Street, Harrisburg, PA 17102-1817 |
| 5163951 | + | DIANE L MORRISON, 4161 SPRING VALLEY ROAD, HARRISBURG, PA 17109-5022 |
| 5204004 | + | Harrisburg City, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5204005 | + | Harrisburg City School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 19 2023 22:40:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 19 2023 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5163943 | + | Email/PDF: bncnotices@becket-lee.com | Oct 19 2023 18:42:16 | AMERICAN EXPRESS BANK, PO BOX 981535, EL PASO TX 79998-1535 |
| 5170510 | | Email/PDF: bncnotices@becket-lee.com | Oct 19 2023 18:42:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5163944 | | EDI: CITICORP.COM | Oct 19 2023 22:37:00 | BROOKS BROTHERS, PO BOX 6403, SIOUX FALLS, SD 57117-6403 |
| 5163945 | | EDI: WFNNB.COM | Oct 19 2023 22:40:00 | CB/BON, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5163946 | | EDI: WFNNB.COM | Oct 19 2023 22:40:00 | CB/PIER1, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5163947 | + | EDI: WFNNB.COM | Oct 19 2023 22:40:00 | CB/PTRYBRN, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5163949 | | EDI: PENNDEPTREV | Oct 19 2023 22:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5163949 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2023 18:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5184965 | | Email/PDF: bncnotices@becket-lee.com | Oct 19 2023 18:42:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5191078 | + | EDI: CITICORP.COM | Oct 19 2023 22:37:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5163965 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 19 2023 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5163952 | + | EDI: DISCOVER.COM | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 5163953 | + | EDI: DISCOVERPL | Oct 19 2023 22:37:00 | DISCOVER FINANCIAL SERVICES LLC (p), PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 5163958 | | EDI: CITICORP.COM | Oct 19 2023 22:40:00 | DISCOVER PERSONAL LOANS, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 5190983 | | EDI: Q3G.COM | Oct 19 2023 22:37:00 | MACY'S - BANKRUPTCY PROCESSING, PO BOX 8053, MASON, OH 45040 |
| 5165505 | | EDI: DISCOVER.COM | Oct 19 2023 22:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5163950 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 19 2023 22:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5163954 | | EDI: CITICORP.COM | Oct 19 2023 18:40:00 | CONSOLIDATION PLUS, 4940 S WENDLER DR #210, TEMPE, AZ 85282 |
| 5163955 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 19 2023 22:37:00 | GOODYEAR/CBNA, PO BOX 6403, SIOUX FALLS, SD 57117-6403 |
| 5163956 | | EDI: IRS.COM | Oct 19 2023 18:42:16 | HUD HEADQUARTERS, BANKRUPTCY NOTICES, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5163948 | | Email/Text: info@pamd13trustee.com | Oct 19 2023 22:37:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5163957 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2023 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5272279 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 18:40:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5272278 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 18:42:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5171269 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2023 18:42:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5163959 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2023 18:42:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5163960 | | Email/Text: bnc@nordstrom.com | Oct 19 2023 18:42:07 | MERRICK BANK COURT NOTICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5163961 | + | EDI: RMSC.COM | Oct 19 2023 18:40:16 | NORDSTROM CARD SERVICES, PO BOX 6566, ENGLEWOOD, CO 80155-6566 |
| 5163962 | + | Email/PDF: ebnotices@pnmac.com | Oct 19 2023 22:37:00 | PAYPAL CREDIT, BANKRUPTCY NOTICES, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 5301907 | | EDI: PRA.COM | Oct 19 2023 18:42:07 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5301908 | | EDI: PRA.COM | Oct 19 2023 22:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5163963 | + | Email/Text: bankruptcynotices@psecu.com | Oct 19 2023 22:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5192893 | + | Email/PDF: ebnotices@pnmac.com | Oct 19 2023 18:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5188384 | | EDI: Q3G.COM | Oct 19 2023 18:42:22 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5192773 | + | Email/Text: bncmail@w-legal.com | Oct 19 2023 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 19 2023 18:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5164326 | + | EDI: RMSC.COM | Oct 19 2023 22:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5163964 | + | EDI: CITICORP.COM | Oct 19 2023 22:37:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5163966 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 19 2023 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5303720 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5303721 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5263687 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Ronald Lynn Morrison DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ronald Lynn Morrison |

| | |
|---|---|
| | karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ronald Lynn Morrison<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2783<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: | 1:19-bk-00692-HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Ronald Lynn Morrison
    aka Ronald Morrison

10/19/23

**By the court:**

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**